IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH M. RIEGER,

    Plaintiff,

vs.

GENERAL DYNAMICS,

    Defendant.

Case No.: 3:13-cv-402

Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**DECISION AND ENTRY ADOPTING REPORT AND
RECOMMENDATION (DOC. #8) IN ITS ENTIRETY; DENYING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOC. #7)**

---

The Court has reviewed the December 17, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, the Court adopts the aforesaid Report and Recommendation in its entirety. Accordingly, Plaintiff's motion for a default judgment (Doc. #7) is **DENIED**.

**IT IS SO ORDERED**.

January 6, 2014

                                            WALTER HERBERT RICE, JUDGE
                                            UNITED STATES DISTRICT COURT